THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael Craig Washington,       
Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-342
Submitted March 19, 2004  Filed May 18, 2004

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz III, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

                   PER CURIAM: Michael Craig 
 Washington pled guilty to second-degree burglary, grand larceny, and malicious 
 injury to property.  The circuit court sentenced him to twelve years imprisonment 
 for burglary, ten years imprisonment for grand larceny, and five years imprisonment 
 for malicious injury to property, the sentences to run concurrently.  Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), Washingtons counsel attached 
 a petition to be relieved.  Washington filed a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Washingtons appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.